# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142970

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEGGY HAMPEL,
       Plaintiff-Appellant,

v

WORKERS' COMPENSATION APPELLATE
COMMISSION, MECOSTA COUNTY
MEDICAL CENTER, and LM INSURANCE
CORPORATION,
       Defendants-Appellees.

SC: 142970
COA: 302049
WCAC: 10-000003

_____/

      On order of the Court, the application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

t0718